# 9N THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| STEVE PICK,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF REMSEN, PAIGE LIST, RACHAEL KEFFELER, JEFF CLUCK, CRAIG BARTOLOZZI, and KIM KELEHER,<br><br>    Defendants | No. C 13-4041-MWB<br><br>ORDER REGARDING COURT'S PROPOSED JURY INSTRUCTIONS AND STATEMENT OF THE CASE (09/10/14 VERSIONS) |

_____

Attached the parties will find my first drafts of a proposed Statement Of The Case and Proposed Jury Instructions, designated the 09/10/14 VERSIONS. The Proposed Jury Instructions are "annotated" with explanations for specific proposed language. Those "annotations" are for our use and will not be included in the "final" version of the Instructions given to the jurors.

The parties shall have **until 3:00 p.m. on Friday, September 12, 2014,** to *file* responses to these drafts.

**IT IS SO ORDERED**.

**DATED** this 10th day of September, 2014.

*Mark W. Bennett*
_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA