*PICK V. CITY OF REMSEN, P.C., ET AL.*, C 13-4041-MWB (N.D. IOWA)

STATEMENT OF THE CASE (09/10/14 VERSION)

The following brief summary is not evidence or proof of any facts or events in the case. It simply informs you of the factual disputes between the parties.

This is a civil action by plaintiff Steve Pick against defendants City of Remsen, Iowa, and city officials Paige List, Rachael Keffeler, Jeff Cluck, Craig Bartolozzi, and Kim Keleher. I will refer to the City of Remsen and the other defendants, as "the Defendants." Mr. Pick was the long-time Utilities Director of the Remsen Municipal Utility until his termination on July 16, 2012. Mr. Pick asserts various claims relating to his request for accommodation for his disability or his termination when his position was allegedly "eliminated" by the city's utilities board.

More specifically, Mr. Pick seeks damages on the following claims for: (1) discrimination on the basis of his disability or for requesting a reasonable accommodation for his disability, (2) First Amendment retaliation for threatening to file a lawsuit against the City and its employees to enforce his rights, and (3) the intentional infliction of emotional distress.

The defendants deny Mr. Pick's claims of disability discrimination, First Amendment retaliation, and the intentional infliction of emotional distress.

You will be asked to resolve these disputes between the parties.